■ JOSEPHINE BERRY, Appellant, v. PRUDENTIAL INSURANCE CO. OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.
■ (A) BERNARD FALCONE, Respondent, v. MYRTLE M. FALCONE, Appellant. (B) PATRICK DI GENNARO et al., Respondents, v. MONROE COUNTY WATER AUTHORITY, Defendant, and LIBERTY MUTUAL INSURANCE COMPANY, Appellant. (C) CITY OF NIAGARA FALLS, Appellant, v. RUBY M. RIZZO, Respondent, et al., Defendants. (D) ALFRED W. STANGL, Respondent, v. JAMES S. GALBO, Doing Business as GALBO TILE & MARBLE CO., Appellant.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.
■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ELDWOOD PRESLEY, Defendant.— Upon stipulation, motion for change of venue adjourned to January 8, 1963 at 10:00 A.M., and all proceedings under indictment stayed pending hearing and determination of motion.

## FIRST DEPARTMENT, JANUARY, 1963

### (January 8, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR MIDDLETON.— Motion to relieve court-assigned counsel granted and the order of this court entered on March 30, 1961 is amended by striking the designation of Anthony F. Marra, Esq., as counsel to prosecute the appeal taken by the defendant-appellant and by substituting therefor Kenneth Simon, Esq., of 400 Madison Ave., New York, N. Y., as such counsel. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.
■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM ELFE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. DOMENICO BONDO. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. RALPH ROBALLO. (D) THE PEOPLE OF THE STATE OF NEW YORK v. GROVER HILL. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. STEVE NEVELS. (F) THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST WIGGINS. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (G) THE PEOPLE OF THE STATE OF NEW YORK v. DIEGO LOPEZ. (H) THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS BENTLY. (I) THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY BERTRAND. (J) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT CORATO. (K) THE PEOPLE OF THE STATE OF NEW YORK v. LA FERNA VILLAVASSO. (L) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN RIVERA. (M) THE PEOPLE OF THE STATE OF NEW YORK v. ANTON KITTARES. (N) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BOYER. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.
■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM CHAPMAN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. THERESA D. GREENE.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.
■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES McKAY.— Order of this court entered on September 13, 1962 amended by striking the designation of Robert S. Friedman, Esq., as counsel to prosecute the appeal and by substituting therefor Stephen Lee Crystal, Esq., of 420 Lexington Ave., New York,